# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,  Crim. No. 17-0318 (SRN/FLN)

    Plaintiff,

v.  **ORDER ON REPORT AND RECOMMENDATION**

(4) Eric Troy Ballard,

    Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel. No objections have been filed to the Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magisrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Defendant Ballard's Motion [Doc. No. 139] is **DENIED** to the extent it seeks suppression of electronic surveillance and wiretapping.

DATED: July 3, 2018  BY THE COURT:

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge