UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 17-318(04) (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Eric Troy Ballard, | |
| Defendant. | |

---

Katharine T. Buzicky, United States Attorney's Office, District of Minnesota, 316 N. Robert St., Ste. 404, St. Paul, MN 55105, for the United States

Eric Troy Ballard, Reg. No. 21336-041, USP – Yazoo City, P.O. Box 5000, Yazoo City, MS 39194, Pro Se Defendant

---

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Motion for an Extension of Time to File Reply [Doc. No. 833] filed by Pro Se Defendant Eric Troy Ballard. Mr. Ballard requests an extension of time until April 1, 2024 in which to file a reply memorandum in support of his Motion for Compassionate Release from Custody [Doc. No. 825].

It appears that due to an outdated address that was listed on the docket, Mr. Ballard did not timely receive the Court's text-only order [Doc. No. 826] setting a briefing deadline of March 18 for his reply memorandum. (*See* Def.'s Mot. For Ext. at 1.) Nor had he received a copy of the Government's response memorandum at the time he filed the instant motion. (*Id.*) In addition, Mr. Ballard mailed the instant motion on March 14 [Doc. No.

833-1], and it was only received in the Clerk's Office on March 25.  (Def.'s Mot. For Ext. at 1.)

Under these circumstances, the Court finds that an extension is warranted.  To account for any further mail delays, the Court grants an extension for Mr. Ballard to file his reply memorandum to April 16, 2024.  The Court also directs the Clerk of Court to mail Mr. Ballard a copy of this Order, along with a copy of the Government's Response memorandum [Doc. No. 827].

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Eric Ballard's Pro Se Motion for Extension of Time to File Reply [Doc. No. 833] is **GRANTED**.  Mr. Ballard shall file his reply memorandum in support of his Motion for Compassionate Release on or before **April 16, 2024**.

2. The Clerk of Court is directed to mail Mr. Ballard a copy of this Order, along with a copy of the Government's Memorandum in Opposition [Doc. No. 827] to Defendant's Motion for Compassionate Release.

Date:   March 26, 2024                                         s/Susan Richard Nelson
                                                              Susan Richard Nelson
                                                              United States District Judge